IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| GARY LEON WEBSTER<br>ADC #114018 | PLAINTIFF |
| v. No. 3:20-cv-84-DPM | |
| PAMELA HONEYCUTT, Circuit Judge,<br>Craighead County, Arkansas | DEFENDANT |

## JUDGMENT

Webster's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 March 2020